THE CITY OF NEWARK, A MUNICIPAL CORPORATION, PETITIONER, v. HONORABLE CHARLES W. PARKER, A JUSTICE OF THE NEW JERSEY SUPREME COURT, WARREN DIXON, JR., WILLIAM K. FLANAGAN, HAROLD A. PRICE AND ANDREW J. STEELMAN, RESPONDENTS.

Argued November 23, 1937—Decided December 16, 1937.

Before Justices BODINE, HEHER and PERSKIE.

For the petitioner, *James F. X. O'Brien.*

For the respondents, *Warren Dixon, Jr., William F. Flanagan, Harold A. Price* and *Andrew J. Steelman, pro se.*

Per Curiam.

We have considered with care the arguments made before us and the briefs submitted, and we can only conclude that no debatable questions exist which have not been disposed of in the cases relied upon by Mr. Justice Parker in the memorandum filed by him and printed herewith.

The writ will be denied.